**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Michael P. Ostrowski aka Michael Paul Ostrowski<br>　　　　　　　　　Debtor(s<br>_____<br>MTGLQ Investors, LP, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　　v.<br>Michael P. Ostrowski aka Michael Paul Ostrowski<br>　　　　　　　　　Respondent<br>　　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　Additional Respondent | BK. NO. 16-23827 CMB<br><br>CHAPTER 13<br><br>Regarding Docket #___44_____<br><br>**ENTERED BY DEFAULT** |

## ORDER ALLOWING FILING OF CLAIM

　　AND NOW, this  16th day of March  , 2017, at Pittsburgh, upon Motion of MTGLQ Investors, LP, its successors and/or assigns, it is

　　**ORDERED THAT:** the motion to allow filing of a Proof of Claim be and hereby is GRANTED.

_____
United States Bankruptcy Judge    kmt

cc:
Michael P. Ostrowski aka Michael Paul Ostrowski
9 Robertson Place
Pittsburgh, PA 15223

Mark G. Moynihan
112 Washington Place Suite 1-N
Pittsburgh, PA 15219
mark@moynihanlaw.net

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

FILED
3/16/17 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-23827-CMB
Michael P. Ostrowski                                            Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe              Page 1 of 1           Date Rcvd: Mar 16, 2017
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.
db             +Michael P. Ostrowski,    9 Roberston Place,    Pittsburgh, PA 15223-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2017 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Mark G. Moynihan     on behalf of Debtor Michael P. Ostrowski mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas I. Puleo     on behalf of Creditor    MTGLQ Investors, LP tpuleo@goldbecklaw.com,
               BKGroup@goldbecklaw.com
                                                                                             TOTAL: 7