IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Michael P. Ostrowski<br>      Debtor(s) | Bankruptcy No. 16-23827-CMB<br><br>Chapter 13 |
| | Document No. 46 |
| Michael P. Ostrowski<br>      Movant<br><br>    v.<br><br>Capital Management Services, LP, and<br>Ronda J. Winnecour, Trustee<br>      Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO APPROVE SETTLEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on March 1, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 18, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                          Respectfully submitted,

Dated: <u>March 21, 2017</u>                          <u>/s/ Mark G. Moynihan</u>
                                                            Mark G. Moynihan, Esquire
                                                            Attorney for Debtor(s)
                                                            PA 307622
                                                            112 Washington Place, Suite 1-N
                                                            Pittsburgh, PA 15219
                                                            Phone: (412) 889-8535
                                                           Fax: (800) 997-8192
                                                           Email: mark@moynihanlaw.net