IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Michael P. Ostrowski<br>    Debtor(s) | Bankruptcy No. 16-23827-CMB<br><br>Chapter 13 |
| Michael P. Ostrowski<br>    Movant(s)<br><br>v.<br><br>MTGLQ Investors, LP<br>Rushmore Loan Management, LLC<br>and Ronda J. Winnecour<br>    Respondent(s) | Related to Document No. 53<br><br>Hearing Date and Time: |

## ORDER

A *Loss Mitigation Order* dated December 13, 2016, was entered in the above matter at Document No. 26. On March 21, 2017, a ***Motion to Terminate the Loss Mitigation Program*** was filed by Debtor at Document No. 53.

AND NOW, this 4th day of April, 20 17, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation program in this case is *terminated*, *effective* April 4, 20 17, and the Final Report is due seven (7) days thereafter pursuant to W.PA.LBR 9020-4(f).

                                                    *Carlota M. Böhm*
                                                    United States Bankruptcy Judge    dmr

FILED
4/4/17 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                     Case No. 16-23827-CMB
Michael P. Ostrowski                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric                  Page 1 of 1              Date Rcvd: Apr 04, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2017.
db              +Michael P. Ostrowski,    9 Roberston Place,    Pittsburgh, PA 15223-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               MTGLQ Investors, LP
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2017 at the address(es) listed below:
    James Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
    Mark G. Moynihan    on behalf of Debtor Michael P. Ostrowski mark@moynihanlaw.net, moynihan.mark@gmail.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
    Thomas I. Puleo    on behalf of Creditor   MTGLQ Investors, LP tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com
                                                                               TOTAL: 7