IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Michael P. Ostrowski<br>  Debtor(s) | Bankruptcy No. 16-23827-CMB<br><br>Chapter 13 |
| Michael P. Ostrowski<br>  Movant(s)<br><br>  v.<br><br>MTGLQ Investors, LP<br>Rushmore Loan Management, LLC<br>and Ronda J. Winnecour<br>  Respondent(s) | Related to Document No. 48 |

## ORDER

A *Loss Mitigation Order* dated December 13, 2016, was entered in the above matter at Document No. 26. On March 10, 2017, a ***Motion to Extend the Loss Mitigation Period*** was filed by Debtor at Document No. 48.

**AND NOW**, this 4th day of April, 20 17, it is hereby ***ORDERED, ADJUDGED AND DECREED*** that the Motion to Extend the Loss Mitigation Period is DENIED as Moot, due to the Order entered at Doc. No. 54, terminating the Loss Mitigation Program.

FILED
4/4/17 9:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
United States Bankruptcy Judge    dmr

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23827-CMB
Michael P. Ostrowski                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric            Page 1 of 1             Date Rcvd: Apr 04, 2017
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2017.
db              +Michael P. Ostrowski,    9 Roberston Place,    Pittsburgh, PA 15223-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MTGLQ Investors, LP
                                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Mark G. Moynihan    on behalf of Debtor Michael P. Ostrowski mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas I. Puleo    on behalf of Creditor   MTGLQ Investors, LP tpuleo@goldbecklaw.com,
               BKGroup@goldbecklaw.com
                                                                                              TOTAL: 7