IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
Michael P. Ostrowski  
    Debtor(s)

Michael P. Ostrowski  
    Movant

v.

Capital Management Services, LP, and  
Ronda J. Winnecour, Trustee  
    Respondent(s)

Bankruptcy No. 16-23827-CMB

Chapter 13

Related to:  
Document No. 46

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __7th__ day of __April__, 20__17__, upon consideration of the Motion to Approve Settlement, it is ORDERED, ADJUDGED and DECREED as follows:

1. The above referenced Motion is hereby GRANTED and the settlement APPROVED as of the date the Motion was filed.

2. The proceeds of the $3,875 settlement with Capital Management Services, LP are to be disbursed as follows:

    a. $1,000 is to be paid to the Debtor directly; and

    b. $2,875 is to be paid to Moynihan Law, P.C. as and for legal fees and costs incurred in obtaining the settlement.

BY THE COURT:

_Carlota M. Böhm_  
kmt

FILED  
4/7/17 12:47 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23827-CMB
Michael P. Ostrowski                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1             Date Rcvd: Apr 07, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2017.
db             +Michael P. Ostrowski,   9 Roberston Place,   Pittsburgh, PA 15223-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Mark G. Moynihan    on behalf of Debtor Michael P. Ostrowski mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas I. Puleo    on behalf of Creditor    MTGLQ Investors, LP tpuleo@goldbecklaw.com,
               BKGroup@goldbecklaw.com
                                                                                             TOTAL: 7