# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** MICHAEL P. OSTROWSKI
- **Case Number:** 16-23827-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 08, 2017 10:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
6/9/17 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#2 - Final Confirmation of Plan Dated 10/11/2016 - NFC
#60 Objection by: MTGLQ Investors, LP
R / M #: 2 / 0

### Appearances:

Moynihan

- Debtor:
- Trustee: Winnecour / Bedford / (Pail) / Katz
- Creditor:

Warmbrodt — MTGLQ

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 8/24/17 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/2/2017    11:27:21AM