## PROCEEDING MEMO

**Date:** 09/27/2017 10:00 am

**In re:** Michael P. Ostrowski

**Bankruptcy No.** 16-23827-CMB
**Chapter:** 13
**Doc. # 2**

**Appearances:**

**Movant(s):**   Winnecour /~~Bedford / Pail / Katz~~

**Respondent(s):**   Mark G. Moynihan  for Debtor    Debtor also present.

**Creditor(s):**   James Hornbrook

**Nature of Proceeding:**   Contested Plan Hearing re: #2 Plan Dated 10/11/16.

**Additional Pleadings:** #63 Conciliation Conference Minutes

**Judge's Notes:**   Plan payment needs to increase for plan to be feasible. Debtor proposing to hire a realtor to sell the property. Debtor requesting continuance for Debtor to list property for sale and amend plan to include sale.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER:____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:   Movant(s) brief due____days
         Respondent(s) brief due____days
         Trustee's brief due____days

Motion to appoint realtor must be filed in 30 days. File amended plan. Conciliation scheduled for: Dec. 7, 2017 at 10:00 a.m.

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
9/28/17 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA