**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michael P. Ostrowski** | : | Case No. 16−23827−CMB |
| **aka Michael Paul Ostrowski** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| MTGLQ INVESTORS, LP | : | |
| *Movant,* | : | Related to Claim No. 6 |
| | : | |
| v. | : | |
| Michael P. Ostrowski | : | |
| aka Michael Paul Ostrowski | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  OCTOBER 11, 2017 .

Dated: September 27, 2017

MELISSA GUTHRIE
Deputy Clerk

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                                     Case No. 16-23827-CMB
Michael P. Ostrowski                                                                       Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut                   Page 1 of 1                   Date Rcvd: Sep 27, 2017
                              Form ID: 128                 Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
```
aty            +Mark G. Moynihan,    Moynihan Law, P.C.,    112 Washington Pl Ste 230,
                 Pittsburgh, PA 15219-3458
               +JAMES C. WARMBRODT, ESQ.,    KML LAW GROUP, PC,    701 MARKET ST STE 5000,
                 PHILADELPHIA, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
```
              James Warmbrodt     on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Mark G. Moynihan     on behalf of Debtor Michael P. Ostrowski mark@moynihanlaw.net,
               moynihan.mark@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas I. Puleo     on behalf of Creditor    MTGLQ Investors, LP tpuleo@goldbecklaw.com,
               BKGroup@goldbecklaw.com
                                                                                                TOTAL: 7
```