IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
Michael P. Ostrowski  
      Debtor(s)

Bankruptcy No. 16-23827-CMB

Chapter 13

Michael P. Ostrowski  
      Movant

Document No.

v.

Ronda J. Winnecour, Trustee  
      Respondent(s)

## AFFIDAVIT AND VERIFIED STATEMENT OF DISINTERESTEDNESS OF PROPOSED REALTOR

I, Patti McCaffrey, hereby swear and affirm under penalty of perjury that:

1. I am a realtor with the office of Howard Hanna Fox Chapel Office, and I am licensed to sell real estate in Pennsylvania.

2. I maintain an office at 1090 Freeport Rd, Pittsburgh, PA 15238..

3. I have no connection with the Debtor, any of the creditors or any other party in interest in this bankruptcy case, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

4. I represent no interest adverse to the Debtor or the Estate in the matters upon which I am to be engaged.

Dated: 10-30-17

_____  
Patti McCaffrey, Realtor  
Howard Hanna Fox Chapel Office  
1090 Freeport Rd, Pittsburgh, PA 15238  
Phone: 412-963-6300