IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Bankruptcy No.  16-23827-CMB
Michael P. Ostrowski
        Debtor(s)                                    Chapter 13

                                                      Document No. 71
Michael P. Ostrowski
        Movant                                       Hearing Date & Time:
                                                      November 29, 2017 at 11:00 AM
        v.

Ronda J. Winnecour, Trustee
        Respondent(s)

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION TO EMPLOY REALTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on October 30, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application/Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than November 16, 2017.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: November 20, 2017                    /s/ Mark G. Moynihan
                                                   Mark G. Moynihan, Esquire
                                                   Attorney for Debtor(s)
                                                   PA 307622
                                                 112 Washington Place, Suite 230
                                                 Pittsburgh, PA 15219
                                                 Phone:  (412) 889-8535
                                                 Fax:  (800) 997-8192
                                                 Email: mark@moynihanlaw.net