IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
Michael P. Ostrowski  
    Debtor(s)

Bankruptcy No. 16-23827-CMB

Chapter 13  
Related to:  
Document No. 71

Michael P. Ostrowski  
    Movant

**ENTERED BY DEFAULT**

v.

Ronda J. Winnecour, Trustee  
    Respondent(s)

## ORDER APPROVING RETENTION OF REALTOR

AND NOW, this __22nd__ day of __November__, 20 __17__, upon consideration of the **Application to Employ Realtor**, it **is ORDERED, ADJUDGED and DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Howard Hanna Fox Chapel Office at 1090 Freeport Rd, Pittsburgh, PA 15238, is hereby appointed as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Standard Exclusive Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at 9 Robertson Pl, Pittsburgh, PA 15223. A realtor commission in the amount of $325 plus 7% of Sale Price, with a minimum of $4,235, is tentatively approved, subject to final court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

BY THE COURT:

_Carlota M. Böhm_  
United States Bankruptcy Judge  
    **kmt**

FILED  
11/22/17 10:10 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael P. Ostrowski
    Debtor

Case No. 16-23827-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Nov 22, 2017
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2017.
db         +Michael P. Ostrowski,   9 Roberston Place,    Pittsburgh, PA 15223-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
        Mark G. Moynihan    on behalf of Debtor Michael P. Ostrowski mark@moynihanlaw.net,
         moynihan.mark@gmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        Thomas I. Puleo    on behalf of Creditor    MTGLQ Investors, LP tpuleo@goldbecklaw.com,
         BKGroup@goldbecklaw.com
                                                                                                           TOTAL: 7