IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Michael P. Ostrowski<br>　　Debtor(s) | Bankruptcy No.  16-23827-CMB<br><br>Chapter 13<br><br>Related to Document No. 75 |
| Michael P. Ostrowski<br>　　Movant(s)<br><br>　　v.<br><br>Ronda J. Winnecour, Trustee<br>　　Respondent(s) | |

**CERTIFICATE OF SERVICE OF
ORDER APPROVING RETENTION OF REALTOR**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) **November 29, 2017**.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **first-class mail, electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 29, 2017

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark G. Moynihan
　　　　　　　　　　　　　　　　　　　　　　Mark G. Moynihan, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　PA 307622
　　　　　　　　　　　　　　　　　　　　　　112 Washington Place, Suite 230
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　Phone:  (412) 889-8535
　　　　　　　　　　　　　　　　　　　　　　Fax:  (800) 997-8192
　　　　　　　　　　　　　　　　　　　　　　Email: mark@moynihanlaw.net

**Service by NEF**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Mark G. Moynihan on behalf of Debtor Michael P. Ostrowski
mark@moynihanlaw.net, moynihan.mark@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Thomas I. Puleo on behalf of Creditor MTGLQ Investors, LP
tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

James Warmbrodt on behalf of Creditor MTGLQ Investors, LP
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Allegheny Health Network<br>P.O. Box 645266<br>Pittsburgh, PA 15264-5250 | CF Medical LLC<br>Asset Care<br>2222 Texoma Pkwy, Ste 180<br>Sherman, TX 75090-2484 |
|---|---|---|
| Capital Management Services, LP<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 | Capital One<br>P.O. Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| County of Allegheny<br>PO Box 643385<br>Pittsburgh, PA 15264-3385 | DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Duquesne Light Company<br>c/o Peter J. Ashcroft,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 |
| ERC<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | ERC<br>PO Box 57547<br>Jacksonville, FL 32241-7547 | Erie Insurance Exchange<br>c/o RMS<br>P.O. Box 361625<br>Pittsburgh, PA 15223-1849 |

| | | |
|---|---|---|
| Erie Insurance Group<br>100 Erie Insurance Place<br>Erie, PA 16530-1104 | Etna Borough<br>Germaine Pfeifer<br>Tax Collector<br>437 Butler St<br>Pittsburgh, PA 15223-2126 | KML Law Group, P.C.<br>Suite 5000 - BNY Mellon<br>Independence Center<br>701 Market St<br>Philadelphia, PA 19106-1538 |
| Kohls/Capital One<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | MTGLQ Investors, L.P.<br>6011 Connectino Dr 5th Fl<br>Irving, TX 75039-2607 |
| MTGLQ Investors, LP<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | Macy's<br>PO Box 8218<br>Mason, OH 45040-8218 | Macy's Credit and Customer Service<br>PO Box 8113<br>Mason, OH 45040-8113 |
| Midland Funding, LLC<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Northland Group Inc.<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 North Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | Raelise Ostrowski<br>517 Poland Ave<br>Struthers, OH 44471-1431 |
| Rushmore Loan Management Services<br>PO Box 52708<br>Irvine, CA 92619-2708 | Sears/CBNA<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>P.O. Box 365035<br>Orlando, FL 32896-5035 | Synchrony Bank<br>P.O. Box 965033<br>Orlando, FL 32896-5033 | Synchrony Bank<br>PO Box 530912<br>Atlanta, GA 30353-0912 |
| Synchrony Bank<br>PO Box 965015<br>Orlando, FL 32896-5015 | UPMC St Margaret<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | UPMC St. Margaret<br>P.O. Box 382059<br>Pittsburgh, PA 15250-8059 |
| Michael P. Ostrowski<br>9 Roberston Place<br>Pittsburgh, PA 15223-1849 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |