# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** MICHAEL P. OSTROWSKI
**Case Number:** 16-23827-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MARCH 15, 2018 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
3/20/18 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#79 Amended Plan Dated 2/16/2018 (NFC)
R / M #:  78 / 0

### *Appearances:*

Moynihan

Debtor:
Trustee: Winnecour / (Pail) / Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, _____, effective _____.
7. __X__ Plan/Motion continued to 5/24/18 at 1:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/7/2018    8:32:42AM