# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MICHAEL P. OSTROWSKI |
| **Case Number:** | 16-23827-CMB     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 24, 2018 01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/29/18 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#79 - Continued Confirmation of Plan Dated 2/16/2018 (NFC)
R / M #:   79 / 0

### *Appearances:*

Moynihan [handwritten]

Debtor:
Trustee:  Winnecour  (Pail)  Katz  /  DeSimone
Creditor:

### *Proceedings:*

Wambrodt — [handwritten]
MT6LQ [handwritten]

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 9/27/18 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: