## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | MICHAEL P. OSTROWSKI |
| Case Number: | 16-23827-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 27, 2018 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/28/18 9:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#79 - Continued Confirmation of Plan Dated 2/16/2018 (NFC)
R / M #: 79 / 0

*Appearances:*

Debtor: Hrynikin (handwritten)
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor: MTGLQ ; Warmbrodt (handwritten)

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __1/10/18__ at __10:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Continued for sale of home

9/20/2018  10:09:34 AM