# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

| | |
|---|---|
| **Debtor:** | MICHAEL P. OSTROWSKI |
| **Case Number:** | 16-23827-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 10, 2019 10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
1/14/19 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Matter:***

#79 - Continued Confirmation of Plan Dated 2/16/2018 (NFC)
R / M #:  79 / 0

***Appearances:***

Debtor: Moynihan
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

***Proceedings:***

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 7/25/19 at 9:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/4/2019    3:57:16PM