# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** MICHAEL P. OSTROWSKI
- **Case Number:** 16-23827-CMB  **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 25, 2019 09:30 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/26/19 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#79 - Continued Confirmation of Plan Dated 2/16/2018 (NFC)
R / M #: 79 / 0

**Appearances:**

- Debtor: Moynihan
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

*Sale plan – Broker engaged*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12/19/19 at 10:00 Am
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: