IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-23827-CMB |
| Michael P. Ostrowski | |
|     Debtor(s) | Chapter 13 |
| | |
| Moynihan Law, P.C. | |
|     Movant/Applicant | Related to Document No. 90, 91 |
| | |
| v. | Hearing Date: November 6, 2019 at 10:00AM |
| | |
| Ronda J. Winnecour, Trustee | |
|     Respondent | |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION OF MOYNIHAN LAW, P.C., COUNSEL TO THE DEBTOR, FOR
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on **September 13, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Summary Cover Sheet and Notice of Hearing, objections to the Application were to be filed and served no later than **September 30, 2019.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                                                    MOYNIHAN LAW, P.C.

Dated: October 2, 2019                                      /s/ Mark G. Moynihan
                                                                                Mark G. Moynihan, Esquire
                                                                                 Attorney for Debtor(s)
                                                                                 PA 307622
                                                                                 2 Chatham Center, Suite 230
                                                                                 Pittsburgh, PA 15219
                                                                                 Phone: (412) 889-8535
                                                                                 Fax: (800) 997-8192
                                                                                 Email: mark@moynihanlaw.net