IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Michael P. Ostrowski<br>    Debtor(s) | Bankruptcy No. 16-23827-CMB<br><br>Chapter 13 |
| Moynihan Law, P.C.<br>    Movant/Applicant | Related to Document No. 90 |
| v. | |
| Ronda J. Winnecour, Trustee<br>    Respondent | **ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this __3rd__ day of __October__, 20__19__, the **Application of Moynihan Law, P.C., Counsel to the Debtor, for Interim Compensation and Reimbursement of Expenses** is approved for legal services rendered on behalf of the Debtor for the period between **March 1, 2016** through **August 31, 2019** in the *total* amount of **$9,754.94**, which represents $9,215.00 in counsel fees and $539.94 in costs.

After deducting the amounts previously paid to Applicant or approved to be paid to Applicant, the amount of $4,254.94 remains payable, consisting of $4,215.00 for counsel fees and $39.94 for costs incurred.

If the Debtor's current Chapter 13 Plan does not provide for the additional fees and costs listed above, the Debtor will amend his Chapter 13 Plan to accommodate the additional approved counsel fees and costs within fourteen (14) days of this Order.

BY THE COURT:

*/s/ Carlota M. Böhm*   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
10/3/19 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael P. Ostrowski
    Debtor

Case No. 16-23827-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Oct 03, 2019
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
db          +Michael P. Ostrowski,    9 Roberston Place,    Pittsburgh, PA 15223-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust bkgroup@kmllawgroup.com
       James Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
       Mark G. Moynihan    on behalf of Debtor Michael P. Ostrowski mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
       Michael C. Mazack    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust mmazack@lynchlaw-group.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
       Thomas I. Puleo    on behalf of Creditor    MTGLQ Investors, LP tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com
                                                                                                                                                    TOTAL: 9