# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL P. OSTROWSKI |
| Case Number: | 16-23827-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 19, 2019  10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### Matter:

#95 - Amended Chapter 13 Plan Dated 10/17/2019 (NFC)
R / M #: 79 / 0

### Appearances:

Debtor: Moynihan
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 3/12/20 at 2:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Con H для RE sale
Looking for new Broker to be engaged
If no progress w/in next 3 months

FILED
DEC 20 2019
CLERK, U.S. [BANKRUPTCY COURT]
W[ESTERN DISTRICT OF PENNSYLVANIA]

12/9/2019    3:33:43PM