# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

| | |
|---|---|
| Debtor: | MICHAEL P. OSTROWSKI |
| Case Number: | 16-23827-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 12, 2020 02:30 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**_Matter:_**

#95 - Continued Confirmation of Plan Dated 10/17/2019 (NFC)
R / M #: 95 / 0

**_Appearances:_**

Debtor: Moynihan
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 4/15/20 at 10:00 AM.
10. _____ Other:

[Handwritten notes:]
Plan as proposed requires increase to $2500 per month which, per counsel, Debtor cannot afford.

Trustee advised Debtor intends to sell RE, but as of concil date, no broker engaged. Contested for unfeasible plan and/or lack of sale progress.

FILED
MAR 21 2020
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

3/5/2020    12:12:30PM