# PROCEEDING MEMO

**Date: 04/15/2020 10:00 am**

**In re:   Michael P. Ostrowski**

                                                    Bankruptcy No. 16-23827-CMB
                                                   Chapter: 13
                                                   Doc. # 95

**Appearances:  BY PHONE:  Owen Katz**
                                   **Mark G. Moynihan**

**Nature of Proceeding: #95 CONTESTED Hearing Re: Amended Chapter 13 Plan Dated 10/17/2019**

**Additional Pleadings:** #95 Amended Chapter 13 Plan Dated 10/17/2019
                      #96 Order Signed 10/18/2019 setting Conciliation Conference for: 12/19/2019 at 10:00 a.m.
                      #97 Certificate of Service on #95 and #96
                      #98 Conciliation Conference Minutes from 12/19/2019 - Continued to: 03/12/2020 at 2:30 p.m.
                      #99 Conciliation Conference Minutes from 03/12/2020 - Continued to CONTESTED Hearing on 04/15/2020 at 10:00 a.m.

**Judge's Notes:**
 - Per Trustee's calculation, payment will need to be approx.$2700/mo.
 - Debtor seeks more time to sell property.
 - Trustee asserts should remain 100% plan.
 - Debtor has been advised that better to retain a broker.
 OUTCOME: Will give some time to try to sell but Debtor must make current payments. Continue to 7/15/20 at 10am. If no motion to sell has been filed by then, case will be dismissed.

                                                  **Carlota M. Böhm**
                                                  **Chief U.S. Bankruptcy Judge**

                                                  FILED
                                                  4/15/20 1:28 pm
                                                  CLERK
                                                  U.S. BANKRUPTCY
                                                  COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-23827-CMB
Michael P. Ostrowski                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr           Page 1 of 1            Date Rcvd: Apr 15, 2020
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
db             +Michael P. Ostrowski,    9 Roberston Place,    Pittsburgh, PA 15223-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   U.S. Bank Trust National Association as Trustee of the
               Tiki Series III Trust bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Mark G. Moynihan    on behalf of Debtor Michael P. Ostrowski mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Michael C. Mazack    on behalf of Creditor   U.S. Bank Trust National Association as Trustee of
               the Tiki Series III Trust mmazack@lynchlaw-group.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas I. Puleo    on behalf of Creditor   MTGLQ Investors, LP tpuleo@goldbecklaw.com,
               BKGroup@goldbecklaw.com
                                                                                             TOTAL: 9