# PROCEEDING MEMO

**Date: 07/15/2020 10:00 am**

**In re:** Michael P. Ostrowski

                **Bankruptcy No. 16-23827-CMB**
                **Chapter: 13**
                **Doc. # 95**

**Appearances:** BY PHONE: Owen Katz
                            Mark Moynihan

**Nature of Proceeding:** #95 Continued Contested Hearing Re: Amended Chapter 13 Plan Dated 10/17/2019

**Additional Pleadings:** #95 Amended Chapter 13 Plan Dated 10/17/2019
           #96 Order Signed 10/18/2019 setting Conciliation Conference for: 12/19/2019 at 10:00 a.m.
           #97 Certificate of Service on #95 and #96
           #98 Conciliation Conference Minutes from 12/19/2019 - Continued to: 03/12/2020 at 2:30 p.m.
           #99 Conciliation Conference Minutes from 03/12/2020 - Continued to CONTESTED Hearing on 04/15/2020 at 10:00 a.m.
           #100 Proceeding Memo from Hearing Held 04/15/2020 at 10:00 a.m. - Continued to: 07/15/2020 at 10:00 a.m.
           #102 TEXT ORDER: The Continued Contested Plan Hearing scheduled for 07/15/2020 at 10:00 a.m. will now be a TELEPHONIC Hearing

**Judge's Notes:**
- Moynihan: Despite efforts to locate a buyer, unable to receive an amount to payoff mortgage. No motion has been filed and expect case will be dismissed. Request without prejudice.
- No objection by Trustee.
OUTCOME: Case dismissed without prejudice. Order entered.

FILED
7/15/20 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**