Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michael P. Ostrowski** | : | Case No. 16−23827−CMB |
| **aka Michael Paul Ostrowski** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Per July 15, 2020 Hearing |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

     *AND NOW,* this ***The 15th of July, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)  The above−captioned case is **DISMISSED, *without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23827-CMB
Michael P. Ostrowski                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 2                Date Rcvd: Jul 15, 2020
                             Form ID: 309            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.
```
db          +Michael P. Ostrowski,    9 Roberston Place,    Pittsburgh, PA 15223-1849
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14304468    +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14304472     County of Allegheny,    PO Box 643385,    Pittsburgh, PA 15264-3385
14304476     Erie Insurance Exchange,    c/o RMS,    P.O. Box 361625,    Pittsburgh, PA 15223-1849
14304477    +Etna Borough,    Germaine Pfeifer,    Tax Collector,    437 Butler St,    Pittsburgh, PA 15223-2126
14304478    +KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence Cen,    701 Market St,
              Philadelphia, PA 19106-1538
14304483    +MTGLQ Investors, L.P.,    6011 Connectino Dr 5th Fl,    Irving, TX 75039-2607
14390583    +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
              Irvine, CA 92619-5004
14304484    +Northland Group Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
14347983    +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14304485     Raelise Ostrowski,    517 Poland Ave,    Struthers, OH 44471-1431
14304486    +Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
14362523     UPMC St Margaret,    PO Box 1123,    Minneapolis, MN 55440-1123
14304493     UPMC St. Margaret,    P.O. Box 382059,    Pittsburgh, PA 15250-8059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14304471    +EDI: CAPIO.COM Jul 16 2020 08:33:00      CF Medical LLC,    Asset Care,
              2222 Texoma Pkwy, Ste 180,    Sherman, TX 75090-2484
14304469     E-mail/Text: cms-bk@cms-collect.com Jul 16 2020 05:17:08      Capital Management Services, LP,
              698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14304470    +EDI: CAPITALONE.COM Jul 16 2020 08:33:00      Capital One,    P.O. Box 30253,
              Salt Lake City, UT 84130-0253
14358947     EDI: BL-BECKET.COM Jul 16 2020 08:33:00      Capital One, N.A.,    c/o Becket and Lee LLP,
              PO Box 3001,    Malvern PA 19355-0701
14304473     EDI: DIRECTV.COM Jul 16 2020 08:33:00      DirecTV, LLC,    2230 East Imperial Hwy,
              El Segundo, CA 90245
14367727    +E-mail/Text: kburkley@bernsteinlaw.com Jul 16 2020 05:19:18      Duquesne Light Company,
              c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14304475    +E-mail/Text: bknotice@ercbpo.com Jul 16 2020 05:18:38      ERC,    PO Box 57547,
              Jacksonville, FL 32241-7547
14304474    +E-mail/Text: bknotice@ercbpo.com Jul 16 2020 05:18:38      ERC,    8014 Bayberry Road,
              Jacksonville, FL 32256-7412
14334812     E-mail/Text: bankruptcy@erieinsurance.com Jul 16 2020 05:19:25      Erie Insurance Group,
              100 Erie Insurance Place,    Erie, PA 16530-1104
14304479    +E-mail/Text: bncnotices@becket-lee.com Jul 16 2020 05:16:56      Kohls/Capital One,
              PO Box 3115,    Milwaukee, WI 53201-3115
14360070    +EDI: MID8.COM Jul 16 2020 08:33:00      MIDLAND FUNDING LLC,    PO Box 2011,
              Warren, MI 48090-2011
14304480    +EDI: TSYS2.COM Jul 16 2020 08:33:00      Macy's,    PO Box 8218,    Mason, OH 45040-8218
14304481    +EDI: TSYS2.COM Jul 16 2020 08:33:00      Macy's Credit and Customer Service,    PO Box 8113,
              Mason, OH 45040-8113
14304482     EDI: MID8.COM Jul 16 2020 08:33:00      Midland Funding, LLC,    8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
14307585    +EDI: PRA.COM Jul 16 2020 08:33:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14304487    +EDI: SEARS.COM Jul 16 2020 08:33:00      Sears/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
14304492     EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank,    PO Box 530912,
              Atlanta, GA 30353-0912
14304488     EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
              P.O. Box 965060,    Orlando, FL 32896-5060
14304490     EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank,    P.O. Box 965033,
              Orlando, FL 32896-5033
14304489     EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank,    P.O. Box 365035,
              Orlando, FL 32896-5035
14304491    +EDI: RMSC.COM Jul 16 2020 08:33:00      Synchrony Bank,    PO Box 965015,
              Orlando, FL 32896-5015
14952603    +E-mail/Text: bknotices@snsc.com Jul 16 2020 05:19:26
              U.S. Bank Trust National Association as,    Trustee of the Tiki Series III Trust,
              C/O SN SERVICING CORP.,    323 5th Street,    Eureka, CA 95501-0305
                                                                                              TOTAL: 22
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             MTGLQ Investors, LP
cr             U.S. Bank Trust National Association as Trustee of
```

```
District/off: 0315-2           User: dric                 Page 2 of 2                   Date Rcvd: Jul 15, 2020
                               Form ID: 309               Total Noticed: 37

cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
sp          ##+Moynihan Law, P.C.,   112 Washington Place,   Suite 1-N,   Pittsburgh, PA 15219-3424
                                                                             TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:

```
          James Warmbrodt    on behalf of Creditor   U.S. Bank Trust National Association as Trustee of the
           Tiki Series III Trust bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
          Mark G. Moynihan    on behalf of Debtor Michael P. Ostrowski mark@moynihanlaw.net,
           moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
          Michael C. Mazack    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
           the Tiki Series III Trust mmazack@lynchlaw-group.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Thomas I. Puleo    on behalf of Creditor    MTGLQ Investors, LP tpuleo@goldbecklaw.com,
           BKGroup@goldbecklaw.com
                                                                                             TOTAL: 9
```