**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL P. OSTROWSKI

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:16-23827

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/11/2016 and confirmed on 11/30/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 34,786.14 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 34,786.14 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,000.00 | |
|     Trustee Fee | 1,581.47 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,581.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE OF TIKI SE | 0.00 | 28,414.66 | 0.00 | 28,414.66 |
|     Acct: 2946 | | | | |
| US BANK TRUST NA - TRUSTEE OF TIKI SE | 26,193.90 | 0.00 | 0.00 | 0.00 |
|     Acct: 2946 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 179.85 | 133.23 | 81.00 | 214.23 |
|     Acct: 0000 | | | | |
| ETNA BOROUGH-REAL ESTATE TAX | 515.46 | 382.28 | 193.50 | 575.78 |
|     Acct: 0000 | | | | |
| | | | | 29,204.67 |
| **Priority** | | | | |
| MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| MICHAEL P. OSTROWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| MOYNIHAN LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| MARK G MOYNIHAN ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MARK G MOYNIHAN ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MOYNIHAN LAW PC | 4,254.94 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX1-19 | | | | |
| US BANK TRUST NA - TRUSTEE OF TIKI SE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3304 | | | | |
| US BANK TRUST NA - TRUSTEE OF TIKI SE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2946 | | | | |
| US BANK TRUST NA - TRUSTEE OF TIKI SE | 1,175.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2946 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 307.36 | 0.00 | 0.00 | 0.00 |
| Acct: 8260 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 632.92 | 0.00 | 0.00 | 0.00 |
| Acct: 2275 | | | | |
| ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9733 | | | | |
| ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9733 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5254 | | | | |
| CF MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6861 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9746 | | | | |
| ERIE INSURANCE EXCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7390 | | | | |
| CAPITAL ONE NA** | 271.36 | 0.00 | 0.00 | 0.00 |
| Acct: 5822 | | | | |
| DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8994 | | | | |
| MIDLAND FUNDING LLC | 2,263.49 | 0.00 | 0.00 | 0.00 |
| Acct: 5406 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6611 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC ST MARGARET | 362.53 | 0.00 | 0.00 | 0.00 |
| Acct: 8260 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSHMORE LOAN MANAGEMENT SVCS L | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RAELISE OSTROWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 29,204.67 |
|---|---|---|
| TOTAL CLAIMED | | |
|   PRIORITY | 1,175.00 | |
|   SECURED | 26,889.21 | |
|   UNSECURED | 3,837.66 | |

Date: 08/12/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com